UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO.:  1:23-cv-22574-KMM

DAWN JACKSON,

    Plaintiff,

vs.

THE DISTRICT BOARD OF
TRUSTEES OF MIAMI DADE
COLLEGE, FLORIDA,

    Defendant.

_____/

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION OR CONTINUANCE OF PRE-TRIAL DEADLINES AND TRIAL DATE

THIS CAUSE came on to be considered upon the Plaintiff Dawn Jackson's Unopposed Motion for Continuance of Pre-Trial Deadlines and Trial Date, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Continuance of Pre-Trial Deadlines and Trial Date is hereby GRANTED. All Pre-Trial Deadlines are hereby extended by 60 days, with the Trial to commence on September ___, 2024.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida on this the _____ day of March, 2024.

 

                                                                                   UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record